1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   IRA DECHANT,

9                          Plaintiff,

10        v.

11   KING COUNTY, *et al.*,

12                          Defendants.

Case No. 2:13-CV-01617-RSL

**ORDER SUBSTITUTING
DEFENDANT AND GRANTING
SUMMARY JUDGMENT IN
FAVOR OF DEFENDANTS**

13       The Court, having reviewed the papers filed in support of and in opposition to

14   defendants' motion for summary judgment, Dkt. 27, the Report and Recommendation of United

15   States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

16           1.  The Report and Recommendation is **ADOPTED**;

17           2.  King County is **SUBSTITUTED** for King County Jail as a defendant in this

18               matter;

19           3.  Summary judgment is **GRANTED** in favor of defendants in this matter; and

20           4.  This case is **DISMISSED** with prejudice in its entirety.

21       DATED this 31st day of July, 2014.

22
                                        _Mrt S Lasnik_
                                        Robert S. Lasnik
23                                      United States District Judge

ORDER SUBSTITUTING DEFENDANT AND GRANTING SUMMARY
JUDGMENT IN FAVOR OF DEFENDANTS - 1